## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-5538 PSG<br>CV 13-5539 PSG<br>CV 13-5577 PSG<br>CV 13-5592 PSG<br>CV 13-5964 PSG | Date | October 15, 2013 |
|---|---|---|---|
| Title | *In re: R2D2, LLC*<br>*In re: Capco Group, LLC*<br>*In re: Thinkfilm, LLC*<br>*In re: CT-1 Holdings, LLC*<br>*In re: Capitol Films Development, LLC* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(In Chambers) Order to Show Cause re: Consolidation**

IT IS HEREBY ORDERED that counsel show cause in writing on or before November 5, 2013 why the above-captioned matters should not be consolidated under *In re: R2D2, LLC*, CV-13-5538 (the low numbered case).  Counsel are advised that the failure to respond to this Order to Show Cause may result in the consolidation of the above-captioned matters.

**IT IS SO ORDERED.**